Civil complaint

freedom

26 CV 1632

Plaintiff moves for release and payments in form of person as person and property and all businesses that's owed to plaintiff, and ideas. This part of complaint would prove beyond doubt that plaintiff is a eye. The information in regaurd to the use of and false imprisonment and misuse of putting plaintiff at odds and violating plaintiff rights to. Anyone who knows of this as our system do in form of u program and John Doe department, that prove life from hologram or T&y piece inside the John Doe department where one make video and have to lay one down befor you go through film because of the process one take to go through this to remake a John Doe life and then it's locked and joy-stick added (which is another problem because you could just change the 22 paths your life could go) That lock the screen so no one can play with the screen or change it. If one attempt to play with this process attached to this screen where the screen and T&y piece connect to a joy-stick "controller" one can Drop someone and not even know it, and the screen will be

on files made where scans and screens to build off you could chose from can still be attained. The screen could still be shining and the person could be dead which is why they said plaintiff was a hologram or fake because the open doors needed to do the above for 37 years and it's as if he is walking around and talking and living life. It's either he is dead or a eye that's locked with a eye Box that gives access to others in case you are around them in order for others to know if you can be of help or around... this thought process came from everyone who agree to a eye and will where the more one do for the overall health of this Box or machine the more they attain. So all the defendant misused my files to see when this lawsuit would play so they can see what the noise was about in files where there is foreseeable events which would never happen if they did they job to began with and sat out to change course as if they did Because the time. Plaintiff seek redress and

Move over the fact that no one who is a eye would drop if someone use open doors on them. It would become virtual reality! or interactive computer program This could never happen for a john doe. It is a process. If you try to click that hand and play with that screen and they not laying down you can kell them when they fall and if that piece not connected to the Ray piece the screen could go block. one can thereafter see like if done right But you could die. This could never happen for 37 years unless somebody made film and made it look like they was on interactive computer programming so they could be this money ball file they found inside this machine that had every seal and birthright you could find. When people leave <u>wills</u> behind in this way which they could by law they show what happen if and when one break law. They would dress and look like these people to rewrite the <u>will</u> and then steal the files. Who else would do this with

access to these files acting on it and letting people know everything about the machine and Brown mass school shooting. and then a joy stick or controller that could stop a John Doe at any giving time. a push of a botton and they fall and everybody else safe with one more From a eye. So they look for ways to make excuses for they actions and then Bring people out of prison on controllers and use it. But couldnt do nothing for Brown mass school shooting. But you got enough to move around the whole world an grab groups to mak people believe I'm a snitch with a fake case-site and know who to go to and who to try it on Because all you know the same thing none of you did your Job and let cike sue just to wait for one Role the money Ball that signed a new world order with a civil complaint. And to make them look fake would be the reason the whole world know this.

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Henny Cox

DIN: 83B418

United States Clerk
Southern District courts
Southern district of new york
U.S. courthouse. 500 pearl street
new york, N.Y. 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Henny Cox   DIN: 83B418

RECEIVED
FEB 26 2026
PRO SE OFFICE

SYRACUSE NY 130
20 FEB 2026 AM 4 L
ZIP 13021
02 1W
0001387039 FEB 17 2026
$ 000.74

USMS SDNY

2026 FEB 26 PM 3:51
RECEIVED
AUBURN CORRECTIONAL FACILITY
MAILROOM

Printed On Recycled Paper